# IN THE UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT, ILLINOIS
# EASTERN DIVISION

|  |  |
|---|---|
| In re Christopher E. Jacka | ) <br> ) No. <br> ) |
| Debtor(s) | ) <br> ) CHAPTER 7 <br> ) |

## STATEMENT RELATIVE TO FEES

Now comes Jonathan N. Rogers, of the law firm of Stitt, Klein, Daday, Aretos & Giampietro, LLC , attorneys for Debtor(s), and states as follows

1. Stitt, Klein, Daday, Aretos & Giampietro is the legal service provider under the Local 727 I.B.T Education and Legal Assistance Fund (the Fund), a prepaid legal fund.

2. The Fund was created pursuant to the Labor Management Relations Act of 1947, as amended, and is administered jointly by employer and union representatives.

3. Contributions are made to the Fund exclusively by employers pursuant to collective bargaining agreements.

4. Christopher E. Jacka is a participant and beneficiary of the Fund, and a covered dependent.

5. One of the benefits provided under said prepaid legal service plan is representation in Chapter 7 Bankruptcy proceedings.

6. No attorneys' fees of any kind have been or will be assessed by the Debtors' attorneys against the Debtors or their estate in this matter.

7. Representation in this instant case will be billed to the Fund at the rate of $110.00 per hour, subject to any future increases approved by the Fund.

8. The Debtors have only been required to pay $299.00 toward court costs.

    Stitt, Klein, Daday, Aretos & Giampietro, LLC

    By:/s/ Jonathan N. Rogers

Stitt, Klein, Daday, Aretos & Giampietro, LLC
Attorneys for Debtor(s)
2550 W. Golf Rd., Suite 250
Rolling Meadows, IL 60008
(847) 590-8700